FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 / 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

ORDER OF SUSTENANCE

CR 05-0508 (ERK)

-vs-

AKRAM ISMAIL

------------------------------------------------------------x

IT IS ORDERED that the Marshal supply proper

( ) LODGING
(X) SUSTENANCE
( ) TRANSPORTATION

to the ( 12 ) jurors empaneled in the above entitled case.

Dated: MARCH 10, 2006
Brooklyn, New York

---

( ) During trial

(X) Deliberating

( ) Sequestered

( ) Breakfast

(X) Lunch

( ) Dinner

s/Edward R. Korman
_____
**UNITED STATES DISTRICT JUDGE**