EDNY-BKNY
05-cr-508
KORMAN

MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

-----------------------------------X

UNITED STATES OF AMERICA,

   *Appellee,*

v.

AKRAM ISMAIL,

   *Defendant-Appellant.*

-----------------------------------X

Docket No. 06-5772-cr

UNITED STATES COURT OF APPEALS
FILED
FEB 6 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

2007 MAR -5 AM 11:20
U.S. DISTRICT COURT
EASTERN DISTRICT OF NY
FILED CLERK

## STIPULATION WITHDRAWING APPEAL

The undersigned defendant-appellant, his counsel, and counsel for the appellee hereby stipulate that the above-captioned appeal is hereby withdrawn.

Dated:

   1/17/2007
   Defendant-Appellant

Dated: 1/30/07

   Attorney for Defendant-Appellant

Dated: 1·29·07

   Attorney for Appellee

So Ordered

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by
Arthur M. Heller, Motions Staff Attorney

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by
DEPUTY CLERK

Certified : 2/27/07

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

-------------------------------------X

UNITED STATES OF AMERICA,

    *Appellee,*

                            Docket No. 06-5772-cr

v.

AKRAM ISMAIL,

    *Defendant-Appellant.*

## STIPULATION WITHDRAWING APPEAL

The undersigned defendant-appellant, his counsel, and counsel for the appellee hereby stipulate that the above-captioned appeal is hereby withdrawn.

Dated: 1/22/07

                                              Defendant-Appellant

Dated: 1/23/07

                                              Attorney for Defendant-Appellant

Dated: 1·23·07

                                              Attorney for Appellee