# GERALD L. SHARGEL

GERALD L. SHARGEL  
ROSS M. KRAMER  
EVAN L. LIPTON

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR  
NEW YORK, NEW YORK 10022  
TEL: 212.446.2323  
FAX: 212.446.2330  
info@shargellaw.com

November 17, 2009

By ECF and United States Mail  
Hon. Edward R. Korman  
Senior United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

                Re:    United States v. Akram Ismail,  
                        05 Cr 508 (ERK)

Dear Judge Korman:

      I write on behalf of Akram Ismail in reference to the Violation of Probation ("the Violation") filed in on October 9, 2009, which charges Ismail with violating the condition of probation imposed in the above-referenced case, requiring him "not to commit another federal, state or local crime." On October 12, 2009, Ismail was indicted by the State of Florida for several state criminal offenses, and is currently being held without bail. As a result of the filing of the Violation, a federal detainer has been issued. I respectfully request that this letter application be treated as a motion to vacate the detainer, so that Florida can, in the first instance, determine Ismail's custody status.

      As the Court is aware, on October 12 2006, following his conviction for Resisting Arrest by a Federal Officer, Ismail was sentenced to three years probation, with special conditions requiring (1) ninety days intermittent confinement and (2) drug and alcohol abuse counseling. Supervision was assigned to the Middle District of Florida, where Ismail resides. Aside from the recent arrest, Ismail is in compliance with his conditions.

      On October 8, 2009, three days prior to the expiration of the term of probation, Ismail was indicted in Lake County, Florida and charged with Solicitation to Commit Aggravated Battery, Solicitation to Commit Placing or Discharging a Destructive Device, and Solicitation to Commit Murder.

GERALD L. SHARGEL

Hon. Edward R. Korman<br>
November 17, 2009<br>
Page 2 of 2

If the Court grants this request and Florida sets bail, Ismail will travel to the Eastern District of New York to answer to the Violation. If this request is granted and Florida determines not to set bail, the issue is academic. I respectfully request the opportunity to be heard on this motion at a time convenient to the Court.

Respectfully yours,

Gerald L. Shargel

Cc: Walter Norkin (by ECF and email)
*Assistant United States Attorney*

Jeanine Manno (by facsimile and United States Mail)
*United States Probation Officer*