

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMN
F.#2005R00824

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

November 18, 2009

By ECF

The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Akram Ismail
         Criminal Docket No. 05-508 (ERK)

Dear Judge Korman:

    The government respectfully submits this letter in response to defendant Akram Ismail's letter, filed November 17, 2009, requesting that the Court vacate the warrant issued for the violation of his supervised release.  Due to the seriousness of the charges that comprise the violation, the government opposes the defendant's request and believes the present warrant is appropriate.

                            Respectfully submitted,

                            BENTON J. CAMPBELL
                            United States Attorney

                    By:    /s/
                            Walter M. Norkin
                            Assistant U.S. Attorney
                            (718) 254-6152

cc:  Gerald L. Shargel, Esq. (By ECF and email)