PROB 12C
(7/93)



Manno

FILED
CLERK

2011 NOV -2  PM 3: 56

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

# United States District Court

### for the

### Eastern District of New York

#### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Akram Ismail**          Case Number **CR-05-508**

Name of Sentencing Judicial Officer: **Edward R. Korman, Senior U.S. District Judge**

Date of Original Sentence: **October 12, 2006**

Original Offense: **Resisting Arrest by a Federal Officer, a Class D felony**

Original Sentence: **Three (3) years probation with condition of 90 days intermittent confinement (weekends) commencing 01/03/07, recommended in the Orlando area, and the following special conditions: Submit to drug testing and participate in substance abuse treatment, abstain from all illegal substances and/or alcohol, undergo mental health treatment, contribute towards the cost of services rendered, and make full financial disclosure to the probation department.**

Type of Supervision: **Probation**          Date Supervision Commenced: **October 12, 2006**

Assistant U.S. Attorney: **Walter Norkin**          Defense Attorney: **Gerald Shargel, Esq.**

==================================================================

## PETITIONING THE COURT

☐    To issue a warrant to be lodged as a detainer, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☒    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1.                    New criminal conduct

U.S. Probation Officer Recommendation:

☒    The term of supervision should be
    ☒    Revoked
    ☐    Extended for _____ years, for a total term of _____ years.

☐    The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

Jeanine Manno
U.S. Probation Officer
Date: September 29, 2011

Approved by:

Nella Yelenovic
Supervising U.S. Probation Officer
Date: September 29, 2011

THE COURT ORDERS:
☐    No Action
☐    The Issuance of a Warrant to be lodged as a detainer, AND ADDITIONALLY ORDERS THAT
    THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT
    ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S.
    MARSHAL
☒    The Issuance of a Summons
☐    Other

Note
Conf scheduled for
10/28/11 @ 11:30am

s/Edward R. Korman
_____
Signature of Judicial Officer

10/3/11
_____
Date