DOCKET NUMBER: _CR-05-508_  CRIMINAL CAUSE FOR V.O.S.R.
BEFORE JUDGE: __KORMAN__ DATE: _12/2/2011__ TIME IN COURT ____ HRS _22_MINS

DEFENDANT'S NAME: ___AKRAM ISMAIL_____  DEFENDANTS # _____
❏ Present   ❏ Not Present   ❏ Custody   ❏✓ Not Custody

DEFENSE COUNSEL: _____~~GERALD SHARGEL~~ // EVAN LIPTON ✓_____
❏ Federal Defender   ❏ CJA   ❏ Retained

A.U.S.A.: ___WALTER NORKIN_____   Case Manager: PaulaMarie Susi

ESR _Rocco_   INT/LANG:_____   USPO: _MANNO____

❏ Revocation of Probation non contested   ❏ Revocation of Probation contested
❏ Sentencing non-evidentiary   ❏ Sentencing Contested
❏ Revocation of Supervised Release evidentiary   ❏ Revocation of Supervised Release non-evidentiary

_ FINAL REVOCATION HRG HELD.   ✓ HRG CONT'D TO _1/6/12 at 11am_.
_ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
_ GUILTY   _ NOT GUILTY   TO CHARGES OF VIOLATION # _____

_ COURT FINDS DEFT _ GUILTY   _ NOT GUILTY.
_ DEFT CONT'D ON PROB./S.R. UNTIL _____.
_ DEFT REINSTATED TO PROB./S.R.   _ PROB./S.R. REVOKED.
_ JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

_ SENTENCING SET FOR _____.   _ SENTENCING HELD.
_ EXECUTION OF SENTENCE STAYED TO _____.
_ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

**UTILITIES**
❏ ~Util-Plea Entered   ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
❏ ~Util-Exparte Matter   ❏ ~Util-Indictment Un Sealed   ❏ ~Util-Information Unsealed
❏ ~Util-Set/Reset Deadlines   ❏ ~Util-Set/Reset Deadlines/Hearings
❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
❏ ~Util-Terminate Parties   ❏ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES   ❏ NO
**TEXT**